# EXHIBIT A

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-319-343**

**Effective Date of Registration:**
September 06, 2022
**Registration Decision Date:**
September 21, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:    January 04, 2021 to December 28, 2021

**Title** _____

| | |
|---|---|
| **Title of Group:** | DUDEWITHSIGN + DUDETTEWITHSIGN 2021 IG POSTS |
| **Number of Photographs in Group:** | 121 |
| • **Individual Photographs:** | DUDEWITHSIGN- JANUARY 4 2021, |
| | DUDEWITHSIGN- JANUARY 6 2021, |
| | DUDEWITHSIGN- JANUARY 12 2021, |
| | DUDEWITHSIGN- JANUARY 19 2021, |
| | DUDEWITHSIGN- JANUARY 21 2021, |
| | DUDEWITHSIGN- JANUARY 29 2021, |
| | DUDEWITHSIGN- JULY 3 2021, |
| | DUDEWITHSIGN- JULY 7 2021, |
| | DUDEWITHSIGN- JULY 9 2021, |
| | DUDEWITHSIGN- JULY 12 2021, |
| | DUDEWITHSIGN- JULY 16 2021, |
| | DUDEWITHSIGN- JULY 19 2021, |
| | DUDEWITHSIGN- JULY 22 2021, |
| | DUDEWITHSIGN- JULY 29 2021, |
| | DUDEWITHSIGN- JUNE 1 2021, |
| | DUDEWITHSIGN- JUNE 8 2021, |
| | DUDEWITHSIGN- JUNE 13 2021, |
| | DUDEWITHSIGN- JUNE 15 2021, |
| | DUDEWITHSIGN- JUNE 18 2021, |
| | DUDEWITHSIGN- JUNE 21 2021, |
| | DUDEWITHSIGN- JUNE 24 2021, |
| | DUDEWITHSIGN- JUNE 28 2021, |
| | DUDEWITHSIGN- MARCH 3 2021, |
| | DUDEWITHSIGN- MARCH 8 2021, |
| | DUDEWITHSIGN- MARCH 11 2021, |
| | DUDEWITHSIGN- MARCH 16 2021, |
| | DUDEWITHSIGN- MARCH 22 2021, |
| | DUDEWITHSIGN- MARCH 24 2021, |
| | DUDEWITHSIGN- MARCH 29 2021, |
| | DUDEWITHSIGN- MARCH 31 2021, |
| | DUDEWITHSIGN- MAY 11 2021, |
| | DUDEWITHSIGN- MAY 12 2021, |
| | DUDEWITHSIGN- MAY 15 2021, |

|  |  |
|---|---|
|  | DUDEWITHSIGN- MAY 19 2021,<br>DUDEWITHSIGN- MAY 22 2021,<br>DUDEWITHSIGN- MAY 24 2021,<br>DUDEWITHSIGN- MAY 27 2021,<br>DUDEWITHSIGN- NOVEMBER 2 2021,<br>DUDEWITHSIGN- NOVEMBER 7 2021,<br>DUDEWITHSIGN- NOVEMBER 10 2021,<br>DUDEWITHSIGN- NOVEMBER 19 2021, |
| **Published:** | January 2021 |
| • **Individual Photographs:** | DUDETTEWITHSIGN- DECEMBER 1 2021,<br>DUDETTEWITHSIGN- DECEMBER 7 2021,<br>DUDETTEWITHSIGN- DECEMBER 11 2021,<br>DUDETTEWITHSIGN- DECEMBER 16 2021,<br>DUDETTEWITHSIGN- DECEMBER 20 2021,<br>DUDETTEWITHSIGN- DECEMBER 28 2021,<br>DUDETTEWITHSIGN- NOVEMBER 2 2021,<br>DUDETTEWITHSIGN- NOVEMBER 4 2021,<br>DUDETTEWITHSIGN- NOVEMBER 7 2021,<br>DUDETTEWITHSIGN- NOVEMBER 10 2021,<br>DUDETTEWITHSIGN- NOVEMBER 14 2021,<br>DUDETTEWITHSIGN- NOVEMBER 15 2021,<br>DUDETTEWITHSIGN- NOVEMBER 18 2021,<br>DUDETTEWITHSIGN- NOVEMBER 24 2021,<br>DUDETTEWITHSIGN- NOVEMBER 27 2021,<br>DUDETTEWITHSIGN- OCTOBER 1 2021,<br>DUDETTEWITHSIGN- OCTOBER 4 2021,<br>DUDETTEWITHSIGN- OCTOBER 6 2021,<br>DUDETTEWITHSIGN- OCTOBER 9 2021,<br>DUDETTEWITHSIGN- OCTOBER 13 2021,<br>DUDETTEWITHSIGN- OCTOBER 17 2021,<br>DUDETTEWITHSIGN- OCTOBER 22 2021,<br>DUDETTEWITHSIGN- OCTOBER 25 2021,<br>DUDETTEWITHSIGN- OCTOBER 28 2021,<br>DUDETTEWITHSIGN- SEPTEMBER 19 2021,<br>DUDETTEWITHSIGN- SEPTEMBER 21 2021,<br>DUDETTEWITHSIGN- SEPTEMBER 23 2021,<br>DUDETTEWITHSIGN- SEPTEMBER 26 2021,<br>DUDETTEWITHSIGN- SEPTEMBER 29 2021,<br>DUDEWITHSIGN- APRIL 4 2021,<br>DUDEWITHSIGN- APRIL 7 2021,<br>DUDEWITHSIGN- APRIL 11 2021,<br>DUDEWITHSIGN- APRIL 20 2021,<br>DUDEWITHSIGN- APRIL 24 2021,<br>DUDEWITHSIGN- APRIL 27 2021,<br>DUDEWITHSIGN- APRIL 30,<br>DUDEWITHSIGN- AUGUST 4 2021,<br>DUDEWITHSIGN- AUGUST 8 2021,<br>DUDEWITHSIGN- AUGUST 11 2021,<br>DUDEWITHSIGN- AUGUST 13 2021,<br>DUDEWITHSIGN- AUGUST 16 2021,<br>DUDEWITHSIGN- AUGUST 19 2021,<br>DUDEWITHSIGN- AUGUST 23 2021,<br>DUDEWITHSIGN- AUGUST 25 2021,<br>DUDEWITHSIGN- AUGUST 29 2021,<br>DUDEWITHSIGN- DECEMBER 1 2021,<br>DUDEWITHSIGN- DECEMBER 7 2021,<br>DUDEWITHSIGN- DECEMBER 15 2021, |

Case 1:24-cv-05425-CM    Document 1-1    Filed 07/17/24    Page 4 of 5



|  |  |
|---|---|
|  | DUDEWITHSIGN- DECEMBER 19 2021, DUDEWITHSIGN- DECEMBER 22 2021, DUDEWITHSIGN- DECEMBER 28 2021, DUDEWITHSIGN- FEBRUARY 2 2021, DUDEWITHSIGN- FEBRUARY 10 2021, DUDEWITHSIGN- FEBRUARY 12 2021, DUDEWITHSIGN- FEBRUARY 16 2021, DUDEWITHSIGN- FEBRUARY 19 2021, DUDEWITHSIGN- FEBRUARY 23 2021, DUDEWITHSIGN- FEBRUARY 26 2021, DUDEWITHSIGN- FEBRUARY 28 2021, |
| **Published:** | February 2021 |
| • **Individual Photographs:** | DUDEWITHSIGN- NOVEMBER 23 2021, DUDEWITHSIGN- NOVEMBER 26 2021, DUDEWITHSIGN- OCTOBER 5 2021, DUDEWITHSIGN- OCTOBER 7 2021, DUDEWITHSIGN- OCTOBER 11 2021, DUDEWITHSIGN- OCTOBER 15 2021, DUDEWITHSIGN- OCTOBER 19 2021, DUDEWITHSIGN- OCTOBER 26 2021, DUDEWITHSIGN- OCTOBER 29 2021, DUDEWITHSIGN- SEPTEMBER 1 2021, DUDEWITHSIGN- SEPTEMBER 3 2021, DUDEWITHSIGN- SEPTEMBER 5 2021, DUDEWITHSIGN- SEPTEMBER 6 2021, DUDEWITHSIGN- SEPTEMBER 8 2021, DUDEWITHSIGN- SEPTEMBER 10 2021, DUDEWITHSIGN- SEPTEMBER 16 2021, DUDEWITHSIGN- SEPTEMBER 19 2021, DUDEWITHSIGN- SEPTEMBER 21 2021, DUDEWITHSIGN- SEPTEMBER 24 2021, DUDEWITHSIGN- SEPTEMBER 28 2021, DUDEWITHSIGN- SEPTEMBER 30 2021 |
| **Published:** | September 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 04, 2021 |
| **Latest Publication Date in Group:** | December 28, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | FJerry LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

Page 3 of 4

|  |  |
|---|---|
| **Copyright Claimant:** | FJerry LLC<br>214 Sullivan Street, 1st Floor, New York, NY, 10012, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Michael Nesheiwat |
| **Date:** | September 06, 2022 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |